No. 811. Roddy *v.* Civil Aeronautics Board et al. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles E. Robbins* for petitioner. *Solicitor General Cox, Assistant Attorney General Loevinger, Richard A. Solomon, Joseph B. Goldman, O. D. Ozment, William F. Becker, Nathaniel H. Goodrich* and *James D. Hill* for respondents.

No. 814. In re Application of Arthur J. Plantamura for Admission to the Bar. Supreme Court of Errors of Connecticut. Certiorari denied. *Arthur J. Plantamura* and *William I. McCullough, Jr.* for petitioner. *Joseph G. Shapiro* for respondent.

No. 816. Rassano *v.* Kennedy, Attorney General. C. A. 7th Cir. Certiorari denied. *Maurice J. Walsh* and *Anna R. Lavin* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Felicia Dubrovsky* for respondent.

No. 825. FitzGerald *v.* United States District Court, Northern District of Illinois, et al. C. A. 7th Cir. Certiorari denied. *John O'C. FitzGerald* pro se. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for respondents.

No. 801. Williams *v.* Williams. The motion to dispense with printing the petition for certiorari is granted. Petition for writ of certiorari to the Supreme Court of Ohio denied. Petitioner *pro se. Clayborne George* for respondent.